# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCTAVIO CARRILLO, | Case No. 2:23-cv-00269-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| LUIS ROSA, JR., et al., | |
| Respondents. | |

Petitioner Octavio Carrillo brings this emergency petition for federal habeas corpus relief under 28 U.S.C. § 2241, challenging his prolonged detention without a bond hearing pending the Ninth Circuit Court of Appeals' decision on his removal. (ECF No. 1.) Having conducted a preliminary review of the petition, the Court directs that it be served on the Respondents.

**IT IS THEREFORE ORDERED** that the Clerk of Court serve the petition on Respondents as follows:

1. By <u>serving</u> a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

2. By <u>sending</u> a copy of the petition (ECF No. 1) and this order by mail pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure to: (1) Luis Rosa, Jr., Warden of Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump, NV 89048; (2) Dana Fishburn, ICE Field Office Director for Nevada, 501 Las Vegas Boulevard South, Suite 536, Las Vegas, NV 89101; (3) Tae D. Johnson, ICE Acting Director, 500 12th St. SW, Washington, DC 20536; (4) Corey A. Price, Assistant Director Enforcement, 500 12th St. SW, Washington, DC

20536; and (5) Alejandro Mayorkas, Secretary of Homeland Security, 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528.

**IT IS FURTHER ORDERED** that Respondents must file and serve their response to the petition within 14 days of the date of this order, unless additional time is allowed for good cause shown.

DATED: February 22, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT